No. 90–7194. SMITH *v.* CALGON CARBON CORP. ET AL. C. A. 3d Cir. Certiorari denied. 

No. 90–7195. SAKSEK *v.* CLYMER, DEPUTY COMMISSIONER, EASTERN REGION, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7196. SASSOWER *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 90–7201. BORROTO ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 90–7202. BLAKE *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 90–7205. CREEL *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–7206. MAHAN *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 90–7209. SOUTHERLAND *v.* CROCKER. C. A. 6th Cir. Certiorari denied. 

No. 90–7212. LANE *v.* SUPREME COURT OF TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 90–7213. HAMPTON *v.* DAVIES ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–7223. BARELA *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 90–7230. WAGNER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–7231. ELRICH *v.* UNION DIME SAVINGS BANK ET AL. C. A. 6th Cir. Certiorari denied. 

No. 90–7234. VETERE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 90–7250. RUSSELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.